255 So.2d 769

**STATE of Louisiana ex rel. Philip J. MAINER**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51997.

Jan. 4, 1972.

In re: Philip J. Mainer applying for writs of habeas corpus, certiorari, prohibition and mandamus.

Writ Granted. Plea of guilty set aside. See State ex rel. Jackson v. Henderson, La., 255 So.2d 85 (1971). Case remanded for further proceedings in accordance with law.

SUMMERS, J., dissents from the granting of this writ. In my view the guilty plea with counsel was entirely free and voluntary. In fact, this was a plea bargain negotiated by defendant's counsel after consultation with the judge and Federal authorities who also had defendant under processing at the time for violation of his parole. Defendant was consulted by his counsel on several occasions concerning this plea bargain. Defendant was knowledgeable concerning criminal pleas and fully cognizant of the pleas implication. Kelly v. State, 254 So.2d 22 (Fla.App.1971).